■ ARMEN BEHLJULHEVIC, Respondent, v CITY OF NEW YORK, Defendant, and CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant. [54 NYS3d 285]—

Order, Supreme Court, New York County (Lynn R. Kotler, J.), entered April 12, 2016, which, in this action for personal injuries, denied the motion of defendant Consolidated Edison Company of New York, Inc. (Con Ed) to vacate the note of issue and strike the matter from the trial calendar, unanimously affirmed, without costs.

In this discovery dispute, the court properly exercised its discretion in denying the motion to vacate. By stipulating at the October 20, 2015 compliance conference that all discovery was complete, Con Ed lost its entitlement to the information plaintiff stated in his April 6, 2015 response that he would provide under separate cover (*see Stolowski v 234 E. 178th St. LLC*, 104 AD3d 569, 570 [1st Dept 2013]; *Chichilnisky v Trustees of Columbia Univ. in City of N.Y.*, 52 AD3d 206 [2008]). Concur—Tom, J.P., Renwick, Manzanet-Daniels and Kapnick, JJ.